JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER, | Case No. 2:21-cv-05854-DOC (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L.A.D.A. OFFICE, et al., | |
| Respondents. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: August 4, 2021

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1